FILED

07/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0047

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 20-0047

| | |
|---|---|
| WILLIAM H. PAYNE,<br><br>Petitioner/Appellant,<br><br>-vs-<br><br>CHARLENE G. PAYNE,<br><br>Respondent/Appellee. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF** |

On Appeal From The Montana Eleventh Judicial District Court
Lincoln County, Cause No: DR-94-83

THIS MATTER came before the Court upon the motion of Appellee Charlene G. Payne for a 30-day extension to file her Answer Brief. Finding that Appellant does not object to the extension and Appellee has not previously requested an extension,

NOW, THEREFORE, pursuant to Mont.R.App.P. 26(1), it is hereby ordered that Appellee is granted an additional 30 days to file Appellee's Answer Brief. Said brief is now due on September 4, 2020.

DATED this _____ day of _____ 2020.

For the Court,

By_____
Bowen Greenwood
Clerk of Montana Supreme Court

cc:    Channing J. Hartelius, Attorney for Appellant
Penni L. Chisholm, Attorney for Appellee

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 28 2020